IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS FRINGE | ) | |
| BENEFIT FUNDS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 5129 |
| | ) | |
| ZEMON CONCRETE CORPORATION, | ) | JUDGE RUBEN CASTILLO |
| an Illinois corporation, | ) | |
| | ) | |
| PWDBE CONCRETE, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment against Defendant, ZEMON CONCRETE CORPORATION, an Illinois corporation, the default of said Defendant having been entered on October 10, 2007 pursuant to Judge Castillo's Order (a copy of the Order entered on October 10, 2007 is attached hereto), in the total amount of $3,405.20, plus Plaintiffs' costs and reasonable attorneys' fees in the amount of $865.00.

On September 17, 2007, the Summons and Complaint was served on Defendant, PWDBE CONCRETE, INC., by tendering a copy of said documents to Daniel R. Bronson, Registered Agent, personally, at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant, PWDBE CONCRETE, INC.'s, answer was due on October 8, 2007.

On September 14, 2007, the Summons and Complaint was served on Defendant, ZEMON CONCRETE CORPORATION, by tendering a copy of said documents to the Illinois Secretary of

State because the corporation's registered agent, could not, with reasonable diligence, be found at the registered office of record in Illinois (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto). Therefore, Defendant, ZEMON CONCRETE CORPORATION's, answer was due on October 4, 2007.

Defendant, ZEMON CONCRETE CORPORATION, has failed to timely answer the Complaint, and Plaintiffs respectfully request entry of judgment pursuant to F.R.Civ.P. Rule 55.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\FVLJ\Zemon Concrete\2nd 2007\motion for entry of judgment.lmf.df.wpd

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 30th day of October 2007:

      Mr. William Perlman, Registered Agent
      Zemon Concrete Corporation
      544 W. Colfax, Suite 6
      Palatine, IL   60067

      Mr. Daniel R. Bronson, Registered Agent
      PWDBE Concrete, Inc.
      150 N. Wacker Drive, #1400
      Chicago, IL   60606

      Illinois Secretary of State
      Department of Business Services
      Attn: File #3517-1321
      Springfield, IL   62756

      /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\FVLJ\Zemon Concrete\2nd 2007\motion for entry of judgment.lmf.df.wpd